# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**GARY LEON WEBSTER**  **PLAINTIFF**
**ADC #114018**

**v.**          **CASE NO. 3:22-CV-00089-BSM**

**JUDY BEARCE**          **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 1st day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE